David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Foskaris, and all similarly situated individuals,<br><br>      Plaintiffs,<br> v.<br><br>Alteryx, Inc.,<br><br>      Defendant. | Civil Action No.: 17-cv-3088-APG-GWF<br><br>**STIPULATION TO MOVE HEARING DATE REGARDING MAY 16, 2018 HEARING ON MOTION TO STAY**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiff Thomas Foskaris ("Plaintiff") and Defendant Alteryx, Inc. ("Alteryx" and with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Pursuant to this Stipulation, the Parties seek to continue the hearing on Alteryx's motion to stay discovery (ECF No. 21), currently scheduled to be heard on May 16, 2018 at 2:30 p.m., to a date following briefing on Alteryx's motion to dismiss amended complaint (ECF No. 33) which was just filed on May 14, 2018.

2. On December 19, 2017, Plaintiff filed his original complaint in this action. ECF No. 1.

3. On April 19, 2018, Alteryx filed a motion to dismiss the original complaint. ECF No. 15.

4. On April 19, 2018, Alteryx filed a motion to transfer venue. ECF No. 16.

5. On April 20, 2018, Alteryx filed a motion to stay discovery. ECF No. 21.

6. On May 1, 2018, Plaintiff filed a first amended complaint. ECF No. 26.

7. On May 2, 2018, the Court denied Alteryx's motion to dismiss as moot. ECF No. 29.

8. On May 10, 2018, the Court entered an order setting oral argument on Alteryx's Motion to Stay for May 16, 2018 at 2:30 p.m. ECF No. 32 (minutes).

9. On May 14, 2016, Alteryx filed a motion to dismiss Plaintiff's first amended complaint. ECF No. 33. Briefing on this motion is anticipated to be completed on or before June 4, 2018.

10. In order to provide the Court with full and complete arguments arising in connection with Alteryx's motion to stay, the Parties request that the Court's hearing be re-set for a time after briefing on Alteryx's motion to dismiss is completed. The Parties stipulate that the stay of discovery previously entered by the Court remain in force until the motion to stay is heard.

11. There is good cause for the extension, which is being sought one day after Alteryx

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

filed its motion to dismiss. No prior extension of the hearing date has been sought.

12. For the foregoing reasons, the Parties request that this stipulation be granted.

Dated: May 15, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Miles N. Clark* <br> Matthew I. Knepper <br> Miles N. Clark <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 <br><br> Sean N. Payne <br> PAYNE LAW FIRM LLC <br> 9550 S. Eastern Ave. Suite 253-A213 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Plaintiff Thomas Foskaris* | */s/ Amanda M. Perach* <br> Pat Lundvall, Esq. (NSBN 3761) <br> Amanda M. Perach, Esq. (NSBN 12399) <br> McDONALD CARANO LLP <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br><br> Elizabeth McKeen, Esq. (*pro hac vice*) <br> Randall W. Edwards, Esq. (*pro hac vice*) <br> Ashley Pavel, Esq. (*pro hac vice*) <br> Eric Goldstein, Esq. (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> 610 Newport Center Drive, 17th Floor <br> Newport Beach, CA 92660 <br><br> *Attorneys for Defendant Alteryx, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: May 15, 2018

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000